ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
SONIA SINGH (State Bar No. 311080)
ssingh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Brad D. Krasnoff,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 28 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GREGORY TARDAGUILA,<br><br>Debtor, | Case No. 2:19-bk-20564-ER<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS GENERAL BANKRUPTCY COUNSEL [DOC. NO. 29]**<br><br>**[No Hearing Required]** |

Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Gregory Tardaguila (the "Debtor"), has filed his Notice of Application and Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel ("Danning-Gill") Pursuant to 11 U.S.C. §§ 327 and 330; Memorandum of Points and Authorities and Statement of Disinterestedness in support thereof (the "Application," Doc. No. 29).  It appears from the application that it is necessary that the Trustee employ counsel, that said counsel represents no interest adverse to the debtor, the estate or any creditors in the matter upon which counsel is to be engaged, and that the employment of Danning-Gill is in the best interest of the estate.  It also appears that due and proper notice of the application was given to the Debtor, the United States Trustee, the twenty (20) largest unsecured creditors listed on the debtor's master mailing matrix, and all parties in interest.  It also appears that no objections or requests for hearing with respect to

1577874.1  1920564A

1

the application have been filed.  It appearing that good cause exists,

  IT IS ORDERED:

  1. The Application is granted in its entirety, and the Trustee is authorized to employ Danning-Gill as his general counsel at the expense of the estate, effective as of January 7, 2020, pursuant to 11 U.S.C. § 327(a).

  2. The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

  **IT IS SO ORDERED.**

###

Date: February 28, 2020

                  Ernest M. Robles
                  United States Bankruptcy Judge